IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WAYNE C. TRETTER, 454975, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | No. 3:12-CV-1802-M |
| ) | |
| RICK THALER, ) | |
|     Respondent. ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made Fndings, Conclusions and a Recommendation in this case. To the extent the Petitioner is asking for an extension of time to file objections to the Magistrate Judge's Findings and Conclusions with respect to the substitution of Rick Thaler for Respondent Amadeo Ortiz, Petitioner's Motion is DENIED. The District Court independently reviewed the proposed Findings, Conclusions and Recommendation. Based on such review, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge and substitutes Rick Thaler for Respondent Amadeo Ortiz.

SO ORDERED this 25th day of July, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS